IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re:

MICHAEL WESLEY DEMENT and                    Case No. 3:15-bk-30068
KELLI LYNN DEMENT,

    Debtors.                                Chapter 13


**OBJECTION OF THE INTERNAL REVENUE SERVICE TO CONFIRMATION**

The Internal Revenue Service objects to confirmation of the Debtors' Chapter 13 Plan (Doc. 7) for the following reasons:

1. The Debtors have not filed the following federal tax returns:

    a.  Income Tax Return, Form 1040, for 2014;[1]

    b.  Employer's Quarterly Federal Tax Return, Form 941, for the following periods:

        2013    4th quarter

        2014    All quarters

        2015    1st quarter

    c.  Unemployment Tax Return, Form 940, for 2013 and 2014.

2. The proposed Plan fails to provide for the Service's secured claim of $80,303.83, thus violating Section 1325(a)(5) because it fails to provide that the Service shall: (a)

---

[1] As of the date of this Objection, this return is not due. However, since objections to confirmation are due on or before March 26, 2015, the Service submits this Objection to preserve its right to object in the event the return is not timely filed or is filed with a balance due.

retain the lien securing its claim; or (b) receive equal monthly payments having a value, as of the effective date of the Plan, of not less than the allowed amount of the its secured claim. In addition, the Debtors have not surrendered to the Service any property securing the claim, nor has the Service accepted the proposed treatment of its claim.

3. The Plan fails to provide for the Service's estimated priority claim of $150,639.23, as required by Sections 1322(a)(2)and 1325(a)(1).

                                          **INTERNAL REVENUE SERVICE,**

                                          **By counsel,**

                                          **R. BOOTH GOODWIN II**
                                          **United States Attorney**
                                          **/s/ GARY L. CALL_____**
                                          **Assistant United States Attorney**
                                          **WV State Bar No. 589**
                                          **P.O. Box 1713**
                                          **Charleston, West Virginia 25326**
                                          **Tel: 304/345-2200**
                                          **Fax: 304/347-5440**
**Dated: March 23, 2015**        **E-mail: [gary.call@usdoj.gov](mailto:gary.call@usdoj.gov)**

2

**CERTIFICATE OF SERVICE**

I certify that today I filed the **OBJECTION OF THE INTERNAL REVENUE SERVICE TO CONFIRMATION** by using the CM/ECF system which will send notification of such filing to CM/ECF participants Scott G. Stapleton, II, Helen M. Morris and the U.S. Trustee, and by First Class Mail on:

MICHAEL & KELLI DEMENT
1043 TOWNSHIP RD 161
SOUTH POINT, OH 45680

/s/ GARY L. CALL_____
Dated: March 23, 2015          Assistant United States Attorney

# EXHIBIT 1

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF WEST VIRGINIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor: <br><br> MICHAEL WESLEY & KELLI LYNN DEMENT | Case Number: <br><br> 3:15-BK-30068 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Department of the Treasury - Internal Revenue Service

Name and address where notices should be sent:
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

Telephone number: 1-800-973-0424        email:        Creditor Number: 2406484

**COURT USE ONLY**

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**_____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA  19101-7317

Telephone Number: 1-800-973-0424        email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**        $ 359,061.17

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

■ Check this box if the claim includes interest or other charges in addition to the principal amount of claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:**        Taxes
   (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: <br><br> _____See Attachment_____ | 3a. Debtor may have scheduled account as: <br><br> _____ <br> (See instruction #3a) | 3b. Uniform Claim Identifier (optional): <br><br> _____ <br> (See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:**  ■ Real Estate  ■ Motor Vehicle  ■ Other
**Describe:**   *All of debtor(s) right, title and interest to property - 26 U.S.C. §6321*

**Value of Property:** $_____

**Annual Interest Rate** 3 %     ☐ fixed  or  ■ variable
**(when case was filed)**

**Amount of arrearage and other charges. as of the time case filed, included in secured claim, if any:**

$ 80,303.83

**Basis for perfection:** _____See Attachment_____

**Amount of Secured Claim:** $ 80,303.83

**Amount Unsecured:**  $ 128,118.11

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan -11 U.S.C. §507 (a)(5).

Amount entitled to priority:
$ 150,639.23

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

■ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attach are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. (*See instruction #7, and the definition of "redacted".*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

■ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorsor, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print name:  L LORELLO  
Title:       Bankruptcy Specialist  
Company:     Internal Revenue Service

/s/ L LORELLO                                03/20/2015  
(Signature)                                  (Date)

Address and telephone number (if different from notice address above):  
Internal Revenue Service  
400 N 8th Street, Box 76  
M/S ROOM 898  
Richmond, VA  23219

Telephone number: (804) 916-8064        Email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

Form **10** Attachment

**In the Matter of:** MICHAEL WESLEY & KELLI LYNN DEMENT
1043 TOWNSHIP RD 161
SOUTH POINT, OH 45680

Case Number: 3:15-BK-30068

Type of Bankruptcy Case: CHAPTER 13

Date of Petition: 02/20/2015

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

INTEREST PAYABLE ON SECURED CLAIM(S) PER IRC 6621 & 6622.

**Secured Claims** (Notices of Federal tax lien filed under internal revenue laws before petition date)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Penalty to Petition Date | Interest to Petition Date | Notice of Tax Lien Filed: Date | Office Location |
|---|---|---|---|---|---|---|---|---|
| XX-XXX1709 | FUTA | 12/31/2003 | 12/26/2005 | $1,619.44 | $524.58 | $1,172.13 | 10/22/2012 | LAWRENCE COUNTY |
| XX-XXX1709 | WT-FICA | 12/31/2005 | 05/22/2006 | $953.99 | $1,549.52 | $2,480.62 | 10/13/2006 | LAWRENCE COUNTY |
| XX-XXX1709 | FUTA | 12/31/2005 | 03/20/2006 | $109.03 | $46.01 | $57.03 | 10/13/2006 | LAWRENCE COUNTY |
| XX-XXX1709 | WT-FICA | 06/30/2008 | 09/22/2008 | $7,292.60 | $3,522.12 | $1,932.58 | 10/27/2008 | LAWRENCE COUNTY |
| XX-XXX1709 | WT-FICA | 12/31/2008 | 04/06/2009 | $9,358.75 | $9,027.12 | $4,487.64 | 05/13/2009 | LAWRENCE COUNTY |
| XX-XXX1709 | WT-FICA | 09/30/2009 | 05/02/2011 | $1,140.35 | $0.00 | $219.30 | 05/27/2011 | LAWRENCE COUNTY |
| XX-XXX1709 | WT-FICA | 12/31/2009 | 03/22/2010 | $2,160.48 | $0.00 | $389.64 | 01/18/2011 | LAWRENCE COUNTY |
| XXX-XX-7373 | INCOME | 12/31/2009 | 12/26/2011 | $12,015.00 | $8,803.00 | $2,914.22 | 10/30/2012 | LAWRENCE COUNTY |
| XX-XXX1709 | WT-FICA | 06/30/2010 | 05/02/2011 | $2,728.45 | $0.00 | $428.78 | 05/27/2011 | LAWRENCE COUNTY |
| XXX-XX-7373 | INCOME | 12/31/2011 | 05/28/2012 | $4,003.00 | $1,011.14 | $357.31 | 10/30/2012 | LAWRENCE COUNTY |
| | | | | $41,381.09 | $24,483.49 | $14,439.25 | | |

**Total Amount of Secured Claims:** $80,303.83

**Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XX-XXX1709 | WT-FICA | 03/31/2008 | 08/24/2009 | $1,105.36 | $312.97 |
| XX-XXX1709 | WT-FICA | 09/30/2008 | 08/24/2009 | $4,507.13 | $1,118.43 |
| XX-XXX1709 | WT-FICA | 12/31/2008 | 04/06/2009 | $10,110.96 | $0.00 |
| XX-XXX1709 | WT-FICA | 03/31/2009 | 06/27/2011 | $26,201.94 | $5,674.87 |
| XX-XXX1709 | WT-FICA | 06/30/2009 | 04/25/2011 | $19,284.54 | $3,941.34 |
| XX-XXX1709 | WT-FICA | 12/31/2011 | 03/26/2012 | $3,585.70 | $344.16 |
| XX-XXX1709 | WT-FICA | 03/31/2012 | 01/07/2013 | $5,953.72 | $523.46 |
| XX-XXX1709 | WT-FICA | 06/30/2012 | 01/14/2013 | $7,345.41 | $585.80 |
| XX-XXX1709 | WT-FICA | 09/30/2012 | 02/04/2013 | $7,082.92 | $507.42 |
| XX-XXX1709 | WT-FICA | 12/31/2012 | 03/25/2013 | $6,906.46 | $439.12 |
| XX-XXX1709 | FUTA | 12/31/2012 | 1 EXAM | $500.00 | $0.00 |
| XXX-XX-7373 | INCOME | 12/31/2012 | 12/22/2014 | $7,162.00 | $409.19 |
| XX-XXX1709 | WT-FICA | 06/30/2013 | 09/30/2013 | $2,759.06 | $132.09 |
| XX-XXX1709 | WT-FICA | 12/31/2013 | 2 NOT FILED | $2,759.06 | $0.00 |

1 UNASSESSED TAX LIABILITY ESTIMATED BY EXAMINATION

2 THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILTITY FOR THE DEBTOR BECAUSE THE RETURN HAS NOT BEEN FILED. AS SOON AS THE DEBTOR FILES THE RETURN WITH THE IRS AS REQUIRED BY LAW THIS CLAIM WILL BE ADJUSTED TO REFLECT THE ASSESSED LIABILITY.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** MICHAEL WESLEY & KELLI LYNN DEMENT
1043 TOWNSHIP RD 161
SOUTH POINT, OH 45680

Form **10** Attachment

| Case Number |
| --- |
| 3:15-BK-30068 |

| Type of Bankruptcy Case |
| --- |
| CHAPTER 13 |

| Date of Petition |
| --- |
| 02/20/2015 |

## Unsecured Priority Claims  (Continued from Page 1)

| Taxpayer ID Number | Kind of Tax | Tax Period | | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- | --- |
| XX-XXX1709 | FUTA | 12/31/2013 | 3 | Unassessed-No Return | $618.64 | $19.89 |
| XX-XXX1709 | WT-FICA | 03/31/2014 | 2 | NOT FILED | $2,759.06 | $0.00 |
| XX-XXX1709 | WT-FICA | 06/30/2014 | 2 | NOT FILED | $2,759.06 | $0.00 |
| XX-XXX1709 | WT-FICA | 09/30/2014 | 2 | NOT FILED | $2,759.06 | $0.00 |
| XX-XXX1709 | WT-FICA | 12/31/2014 | 2 | NOT FILED | $2,759.06 | $0.00 |
| XX-XXX1709 | FUTA | 12/31/2014 | 3 | Unassessed-No Return | $618.64 | $1.02 |
| XXX-XX-7373 | INCOME | 12/31/2014 | 3 | Unassessed-No Return | $16,247.88 | $0.00 |
| XX-XXX1709 | WT-FICA | 03/31/2015 | 2 | NOT FILED | $2,759.06 | $0.00 |
| XX-XXX1709 | FUTA | 12/31/2015 | 4 | Unassessed Liability | $84.75 | $0.00 |
| | | | | | $136,629.47 | $14,009.76 |

**Total Amount of Unsecured Priority Claims:** $150,639.23

## Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- |
| XX-XXX1709 | FUTA | 12/31/2007 | 03/10/2008 | $24.09 | $7.35 |
| XX-XXX1709 | WT-FICA | 03/31/2008 | 08/24/2009 | $685.37 | $194.08 |
| XX-XXX1709 | WT-FICA | 09/30/2008 | 08/24/2009 | $2,967.12 | $736.27 |
| XX-XXX1709 | FUTA | 12/31/2008 | 05/11/2009 | $761.93 | $175.63 |
| XX-XXX1709 | WT-FICA | 03/31/2009 | 06/27/2011 | $12,721.94 | $2,755.36 |
| XX-XXX1709 | WT-FICA | 06/30/2009 | 04/25/2011 | $8,715.54 | $1,781.28 |
| XX-XXX1709 | WT-FICA | 09/30/2009 | 05/02/2011 | $701.37 | $134.84 |
| XX-XXX1709 | WT-FICA | 12/31/2009 | 03/22/2010 | $1,400.48 | $252.54 |
| XX-XXX1709 | FUTA | 12/31/2009 | 05/24/2010 | $1,398.38 | $252.17 |
| XX-XXX1709 | FUTA | 12/31/2009 | 03/05/2012 | $9,439.06 | $1,702.18 |
| XX-XXX1709 | WT-FICA | 06/30/2010 | 05/02/2011 | $1,421.46 | $223.40 |
| XX-XXX1709 | FUTA | 12/31/2011 | 04/23/2012 | $33.14 | $3.19 |
| | | | | $40,269.88 | $8,218.29 |

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $16,678.56
Penalty to date of petition on unsecured general claims (including interest thereon) . . . . . . $62,951.38

**Total Amount of Unsecured General Claims:** $128,118.11

2 THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILTITY FOR THE DEBTOR BECAUSE THE RETURN HAS NOT BEEN FILED. AS SOON AS THE DEBTOR FILES THE RETURN WITH THE IRS AS RE-
   QUIRED BY LAW THIS CLAIM WILL BE ADJUSTED TO REFLECT THE ASSESSED LIABILITY.

3 UNASSESSED TAX LIABILITY(IES) HAVE BEEN LISTED ON THIS CLAIM BECAUSE OUR RECORDS SHOW  NO RETURN(S) FILED.  WHEN THE DEBTOR(S) FILES THE RETURN OR PROVIDES OTHER INFORMATION
    AS REQUIRED BY LAW THE CLAIM WILL BE AMENDED

4 THE ABOVE LIABILITY HAS BEEN LISTED AS A POTENTIAL LIABILTITY FOR THE DEBTOR DUE TO  DEBTOR'S FAILURE TO MAKE REQUIRED TAX DEPOSITS. AS SOON THE DEBTOR FILES THE RETURN
   WITH THE IRS AS REQUIRED BY LAW THIS CLAIM WILL BE ADJUSTED AS NECESSARY.

| 1872 | | COURT RECORDING DATA |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 3:15-BK-30068 | | Lien Recorded    : 10/30/2012 - 11:17AM<br>Recording Number: 2012-00006496<br>UCC Number       :<br>Liber            : 697<br>Page             : 719-720 |
| Area: SMALL BUSINESS/SELF EMPLOYED #2<br>Lien Unit Phone: (800) 913-6050 | | IRS Serial Number: 901581512 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  MICHAEL W & KELLI L DEMENT

Residence:
  1043 TOWNSHIP ROAD 161
  SOUTH POINT, OH 45680-7457

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2009 | XXX-XX-7373 | 04/15/2010 | 05/15/2020 | |
| 1040 | 12/31/2009 | XXX-XX-7373 | 11/15/2010 | 12/15/2020 | |
| 1040 | 12/31/2009 | XXX-XX-7373 | 12/26/2011 | 01/25/2022 | $24,138.98 |
| 1040 | 12/31/2011 | XXX-XX-7373 | 05/28/2012 | 06/27/2022 | $4,057.16 |

| Filed at: COUNTY RECORDER<br>          LAWRENCE COUNTY<br>          IRONTON, OH 45368 | Total | $28,196.14 |
|---|---|---|

This notice was prepared and executed at DETROIT, MI
on this, the 23rd day of October, 2012.

| Authorizing Official:<br>  JUSTIN K COSTELLO | Title:<br>  REVENUE OFFICER         22-07-2629 |
|---|---|

| 1872 | COURT RECORDING DATA |
|---|---|

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 3:15-BK-30068 | Lien Recorded   : 05/27/2011 - 10:09AM<br>Recording Number: 2011-00003066<br>UCC Number       :<br>Liber            : 632<br>Page             : 386 |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #2<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 787275711 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  MIKE DEMENT
  DEMENTS DRYWALL

Residence:
  1043 TOWNSHIP ROAD 161
  SOUTH POINT, OH 45680-7457

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 06/30/2009 | XX-XXX1709 | 04/25/2011 | 05/25/2021 | $42,413.32 |
| 941 | 09/30/2009 | XX-XXX1709 | 05/02/2011 | 06/01/2021 | $2,564.81 |
| 941 | 06/30/2010 | XX-XXX1709 | 05/02/2011 | 06/01/2021 | $5,433.76 |

| Filed at: COUNTY RECORDER<br>          LAWRENCE COUNTY<br>          IRONTON, OH 45368 | Total | $50,411.89 |
|---|---|---|

This notice was prepared and executed at DETROIT, MI
on this, the 19th day of May, 2011.

| Authorizing Official:<br>  JONATHAN MORRIS | Title:<br>  REVENUE OFFICER        22-07-2648 |
|---|---|

```
1872                                                    COURT RECORDING DATA
```

|  |  |
|---|---|
| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 3:15-BK-30068 | Lien Recorded   : 10/22/2012 - 11:12AM<br>Recording Number: 2012-00006267<br>UCC Number       :<br>Liber            : 696<br>Page             : 480 |
| Area: SMALL BUSINESS/SELF EMPLOYED #2<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 899895612 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  MIKE DEMENT
  DEMENTS DRYWALL

Residence:
  1043 TOWNSHIP ROAD 161
  SOUTH POINT, OH 45680-7457

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 940 | 12/31/2003 | XX-XXX1709 | 03/22/2004 | 04/21/2014 |  |
| 940 | 12/31/2003 | XX-XXX1709 | 12/26/2005 | 01/25/2016 | $2,078.53 |
| 941 | 03/31/2009 | XX-XXX1709 | 06/27/2011 | 07/27/2021 | $62,752.81 |
| 941 | 12/31/2011 | XX-XXX1709 | 03/26/2012 | 04/25/2022 | $4,428.51 |

| Filed at: COUNTY RECORDER<br>          LAWRENCE COUNTY<br>          IRONTON, OH 45368 | Total | $69,259.85 |
|---|---|---|

This notice was prepared and executed at DETROIT, MI
on this, the 16th day of October, 2012.

| Authorizing Official:<br>  JUSTIN K COSTELLO | Title:<br>  REVENUE OFFICER           22-07-2629 |
|---|---|

| 1872 | COURT RECORDING DATA |
|---|---|

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 3:15-BK-30068 | Lien Recorded   : 01/18/2011 - 12:49PM<br>Recording Number:<br>UCC Number       :<br>Liber            : 617<br>Page             : 59 |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #2<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 741001011 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  MIKE DEMENT
  DEMENTS DRYWALL

Residence:
  1043 TOWNSHIP ROAD 161
  SOUTH POINT, OH 45680-7457

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 03/31/2008 | XX-XXX1709 | 08/24/2009 | 09/23/2019 | $2,701.38 |
| 941 | 09/30/2008 | XX-XXX1709 | 08/24/2009 | 09/23/2019 | $11,905.43 |
| 941 | 12/31/2009 | XX-XXX1709 | 03/22/2010 | 04/21/2020 | $4,328.32 |
| 940 | 12/31/2009 | XX-XXX1709 | 05/24/2010 | 06/23/2020 | $1,485.72 |

| Filed at: COUNTY RECORDER<br>          LAWRENCE COUNTY<br>          IRONTON, OH 45368 | Total | $20,420.85 |
|---|---|---|

This notice was prepared and executed at DETROIT, MI
on this, the 10th day of January, 2011.

| Authorizing Official:<br>  JONATHAN MORRIS | Title:<br>  REVENUE OFFICER         22-07-2648 |
|---|---|

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 3:15-BK-30068 | Lien Recorded   : 05/13/2009 – 00:00AM<br>Recording Number: 200900002916<br>UCC Number      :<br>Liber           : 542<br>Page            : 792 |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #2<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 543097409 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  MIKE DEMENT

Residence:
  1043 TWP RD 161
  S POINT, OH 45680-0000

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 12/31/2008 | XX-XXX1709 | 04/06/2009 | 05/06/2019 | $21,879.72 |

| Filed at: COUNTY RECORDER<br>          LAWRENCE COUNTY<br>          IRONTON, OH 45368 | Total | $21,879.72 |
|---|---|---|

This notice was prepared and executed at DETROIT, MI
on this, the 04th day of May, 2009.

| Authorizing Official:<br>  JONATHAN MORRIS | Title:<br>  REVENUE OFFICER       22-07-2648 |
|---|---|

1872 COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 3:15-BK-30068 | Lien Recorded   : 10/13/2006 - 10:51AM<br>Recording Number: 2006-00005881<br>UCC Number       :<br>Liber            : 427<br>Page             : 193 |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #2<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 320108906 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  MIKE DEMENT

Residence:
  1043 TWP RD 161
  S POINT, OH 45680-0000

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 12/31/2005 | XX-XXX1709 | 05/22/2006 | 06/21/2016 | $5,046.27 |
| 940 | 12/31/2005 | XX-XXX1709 | 03/20/2006 | 04/19/2016 | $111.13 |

| Filed at: COUNTY RECORDER<br>          LAWRENCE COUNTY<br>          IRONTON, OH 45368 | Total | $5,157.40 |
|---|---|---|

This notice was prepared and executed at DETROIT, MI
on this, the 02nd day of October, 2006.

| Authorizing Official:<br>  LAURA WALKER | Title:<br>  REVENUE OFFICER      22-07-3173 |
|---|---|

1872                                                       COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 3:15-BK-30068 | Lien Recorded : 10/27/2008 - 09:15AM<br>Recording Number:<br>UCC Number :<br>Liber : 522<br>Page : 743 |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #2<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 482402108 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  MIKE DEMENT

Residence:
  1043 TWP RD 161
  S POINT, OH 45680-0000

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 941 | 06/30/2008 | XX-XXX1709 | 09/22/2008 | 10/22/2018 | $8,147.78 |

| Filed at: COUNTY RECORDER<br>          LAWRENCE COUNTY<br>          IRONTON, OH 45368 | Total | $8,147.78 |
|---|---|---|

This notice was prepared and executed at DETROIT, MI
on this, the 15th day of October, 2008.

| Authorizing Official:<br>  JONATHAN MORRIS | Title:<br>  REVENUE OFFICER           22-07-2648 |
|---|---|