IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

In Re:

MICHAEL WESLEY DEMENT, and
KELLI LYNN DEMENT,                                              Case No. 3:15-bk-30068
                                                                              Chapter 13

Debtors.

**OBJECTION BY CITIZENS NATIONAL BANK
TO DEBTORS' PROPOSED CHAPTER 13 PLAN**

Comes now, Citizens National Bank, as Successor in Interest to Heritage Bank of

Ashland ("CNB"), by and through counsel, and objects to Debtors' Proposed Chapter 13 Plan

filed on February 20, 2015 (the "Plan") for the following reasons:

1.      CNB is a secured creditor of the Debtors, Michael Wesley Dement and Kelli

Lynn Dement, by a first lien security interest in real property located at 1043 Township Rd 161,

South Point, Ohio 45680 as further described in a mortgage dated September 16, 2002 (the "Real

Property") which was recorded in the Office of the Recorder of Lawrence County, Ohio on

September 26, 2002 in Official Records Book 181 at Page 129 (the "Mortgage").

2.      CNB objects to the Plan because it does not propose to pay for any and all

property taxes and sewage fees assessed on the Real Property that become due and payable to the

Treasurer of Lawrence County, Ohio during the life of the Plan.

WHEREFORE, for the reasons set forth herein and for such other reasons as may later be

set forth in a pleading or on the record, CNB requests that this Court sustain CNB's objection

and rejection of the Plan and grant such other further relief as this Court deems appropriate.

**CITIZENS NATIONAL BANK**

By:___/s/ Janet Smith Holbrook_____
          Of Counsel

Janet Smith Holbrook, WV Bar No. 5853
Adam Tyler Harlow, WV Bar No. 12543
DINSMORE & SHOHL LLP
611 Third Avenue
Huntington, WV 25701
Tel (304) 529-6181 / Fax (304) 522-4312
INTERNET E-MAIL: janet.holbrook@dinsmore.com;
adam.harlow@dinsmore.com

Counsel for Citizens National Bank

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

In Re:

MICHAEL WESLEY DEMENT, and
KELLI LYNN DEMENT,                                      Case No. 3:15-bk-30068
                                                        Chapter 13

      Debtors.

### CERTIFICATE OF SERVICE

    I, Janet Smith Holbrook, hereby certify that I served a true and correct copy of the

**"*Objection by Citizens National Bank to Debtors' Proposed Chapter 13 Plan*"** has been served

on each of the parties and at the addresses set forth below either electronically, where noted, or

via U.S. mail, postage prepaid on this 24th day of March, 2015:

Office of the U.S. Trustee
(*served electronically*)
Robert C. Byrd Federal Courthouse
300 Virginia Street, East, Room 2025
Charleston, WV 25301

Helen M. Morris,
(*served electronically*)
P.O. Box 8535
South Charleston, WV 25303
    *Chapter 13 Trustee*

Scott G. Stapleton
(*served electronically*)
400 Fifth Avenue
Huntington, WV 25701
    *Counsel for Debtors*

Michael and Kelli Dement
1043 Township Rd. 161
South Point, OH 45680
    *Debtors*

      /S/   Janet Smith Holbrook
Janet Smith Holbrook, WV Bar No. 5853

{H0983625.1 }