# United States Bankruptcy Court
## For the Southern District of West Virginia

IN RE:      Michael Wesley Dement and Kelli Lynn Dement
CASE NO.  15-30068
CHAPTER  7

Debtor/s

## CERTIFICATE OF SERVICE

I, SCOTT G. STAPLETON, the above-named counsel for Debtors, do hereby certify that on the 25[th th]    day of June, 2015, I served the attached:

1. SCHEDULE OF PROPERTY BETWEEN ORIGINAL PETITION FILING DATE AND CONVERSION DATE
2. SCHEDULE OF UNPAID DEBTS INCURRED AFTER CONFIRMATION BUT BEFORE CONVERSION TO CHAPTER 7
3. SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES ENTERED INTO OR ASSUMED AFTER THE ORIGINAL FILING DATE BUT BEFORE CONVERSION
4. DEBTORS STATEMENT OF INTENTION

on:

Janet Smith Holbrook, Esquire, P.O. Box 2185, Huntington, WV 25722-2185
Office of the United States Trustee, 300 Virginia St. East, Room 2025, Charleston, WV 25301
All Creditors listed on attached Schedule of Unpaid Debts

electronically.

Date:  June 25, 2015

  /s/ Scott G. Stapleton
Counsel

Stapleton
Law
Offices

400 5th Ave
Huntington
WV 25701
(304) 529-1130

# United States Bankruptcy Court
## For the Southern District of West Virginia

IN RE:     Michael Wesley Dement and Kelli Lynn Dement

                                            CASE NO.  15-30068
                                            CHAPTER  7

Debtor/s

**SCHEDULE OF PROPERTY ACQUIRED BETWEEN**
**ORIGINAL PETITION FILING DATE**
**AND CONVERSION DATE**

NONE

Debtors by Counsel:

   /s/ Michael Wesley Dement                        /s/ Kelli Lynn Dement
Debtor                                                         Joint Debtor

Stapleton
Law
Offices

400 5th Ave

# United States Bankruptcy Court
## For the Southern District of West Virginia

IN RE  Michael Wesley Dement and Kelli Lynn Dement

                                                   CASE NO.  15-30068
                                                   CHAPTER  7

        Debtor/s

**SCHEDULE OF UNPAID DEBTS INCURRED AFTER
CONFIRMATION BUT BEFORE CONVERSION TO CHAPTER 7**

NONE

  /s/ Michael Wesley Dement                    /s/ Kelli Lynn Dement
Debtor                                                Joint Debtor

Stapleton Law Offices

400 5th Ave

# United States Bankruptcy Court
## For the Southern District of West Virginia

IN RE:  Michael Wesley Dement and Kelli Lynn Dement
CASE NO. 15-30068
CHAPTER 7

Debtor/s

**SCHEDULE OF EXECUTORY CONTRACTS
AND UNEXPIRED LEASES ENTERED INTO
OR ASSUMED AFTER THE ORIGINAL FILING
DATE BUT BEFORE CONVERSION**

NONE

/s/ Michael Wesley Dement   /s/ Kelli Lynn Dement
Debtor                      Joint Debtor

Stapleton
Law
Offices

400 5th Ave

# United States Bankruptcy Court
# For the Southern District of West Virginia

In Re:   Michael Wesley Dement and Kelli Lynn Dement                                Case No.  15-30068

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

____   Check if debtor has no creditors holding secured claims to report on this Schedule D.

1. I, the Debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. My intention with respect to the property of the estate which secures these consumer debts is as follows:

### a. PROPERTY TO BE SURRENDERED.

| Property Description | Creditor's Name |
|---|---|
| 1. 2008 Nissan Armada | Santander Consumer USA |
| 2. | |
| 3. | |

### b. PROPERTY TO BE RETAINED

| | | Debt will be reaffirmed pursuant to 524C | Property is claimed as exempt and will be re-Deemed pursuant to 722 | Lien will be avoided pursuant to 522F & property will be exempt | Property will be retained & debtor shall pay according to contract |
|---|---|---|---|---|---|
| Property Description | Creditor | Reaffirm | Redeem | Lien Avoided | Retain |
| 1. Home | Citizens National Bank | X | | | |
| 2. 2003 Sierra | Loan Central | X | | | |
| 3. 2000 Chevy Van | Loan Central | X | | | |
| 4. 2003 Silverado | Loan Central | X | | | |
| 5. | | | | | |

3. I understand that Sec. 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the Court, or within such additional time as the Court, for cause, within such 45 day period, fixes.


   /s/ Michael Wesley Dement                                    /s/ Kelli Lynn Dement
Debtor                                                                        Joint Debtor